

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Krystal N. Simms<br><br>Plaintiff(s)<br><br>v.<br><br>Board of Trustees of Northern Illinois University, Northern Illinois University College of Law, Lisa Freeman, (individually and in her official capacity), Liz Wright (individually and in her official capacity), Kathleen Coles (individually and in her official capacity), Yolanda King (individually and in her official capacity), Marc Falkoff (individually and in his official capacity), Marc Cordes (individually and in his official capacity), Eric Dannemaier (individually and in his official capacity), Debra Miller (individually and in her official capacity), Amanda Newman (individually and in her official capacity), and Matt Streb (individually and in his official capacity),<br><br>Defendant(s) | 1:19-cv-04587<br>Judge Robert W. Gettleman<br>Magistrate Judge Gabriel A. Fuentes |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Northern Illinois University College of Law
Office of General Counsel
Altgeld Hall 330
DeKalb, IL 60115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Krystal Simms
20 Danada Sq. West #193
Wheaton, IL 60189
(651) 235-0681

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G BRUTON
*CLERK OF COURT*

Date: JUL - 8 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

THOMAS G.

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case: 19:1-cv-04587 | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | County: | Job: 3838851 |
|---|---|---|---|
| **Plaintiff / Petitioner:** KRYSTAL SIMMS | | **Defendant / Respondent:** Board of Trustees of Northern Illinois University, Northern Illinois University College of Law, Lisa Freeman, Liz Wright (Individually and in her official capacity), Kathleen Coles (Individually and in her official capacity), Yolanda King (Individually and in her official capacity) Marc Falkoff (Individually and in his official capacity), Marc Cordes (Individually and in his official capacity), Eric Dannemaier (Individually and in his official capacity), Debra Miller (Individually and in her official capacity), Amanda Newman (Individually and in her official capacity) and Matt Streb (Individually and in his official capacity) | | |
| **Received by:** Metropolitan Enforcement Group, LLC. | | **For:** Celeste Pearson and Krystal Simms | |
| **To be served upon:** Northern Illinois University College of Law | | | |

I, Michael Reed, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Northern Illinois University College of Law, OFFICE OF GENERAL COUNSEL ALTGELD HALL 330, DEKALB, IL 60115
**Manner of Service:** Government Agency, Oct 4, 2019, 1:57 pm CDT
**Documents:** Summons and Complaint (Received Oct 3, 2019 at 4:16pm CDT)

**Additional Comments:**
1) Successful Attempt: Oct 4, 2019, 1:57 pm CDT at OFFICE OF GENERAL COUNSEL ALTGELD HALL 330, DEKALB, IL 60115 received by Northern Illinois University College of Law. Other: Served all documents at the direction of Officer Fisher to the legal department office located at: Altgeld Hall 116 Altgeld Hall Dekalb, Illinois 60115 3rd floor St. 300;
Served government agency by leaving a copy of the appropriate documents with the registered agent, officer or agent of each government agency.

Under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except to the matters herein stated to be on information and belief and as to such matters the undersigned certifies that he/she verily believes the same to be true.

_____ 10/04/2019
Michael Reed      Date
129.134644

Metropolitan Enforcement Group, LLC.
969 Elmhurst Road Suite 1A
Des Plaines, IL 60016
7736176190

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
10/04/2019          03/19/2020
Date              Commission Expires

OFFICIAL SEAL
PETER BALINGIT
Notary Public - State of Illinois
My Commission Expires 3/19/2020

FILED
OCT 07 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT